

# LIST OF DECISIONS ANNOUNCED BY
# THE SUPREME COURT OF ALABAMA
# ON FRIDAY, AUGUST 15, 2014

## Stuart, J.

1130609   Franklin Leroy Stephens v. Hazel Colley  (Appeal from Pike Circuit Court: CV-13-900180).

**Reversed And Remanded.**

Circuit Judge, Thomas E. Head, III, (334) 897-5525
Aplt. Atty., Joel Lee Williams, (334) 566-8484
Aple. Atty., Elizabeth McAdory Borg, (334) 502-4529
Aple. Atty., Joseph E. Faulk, (334) 566-1356

## Bryan, J.

1121380   Andrew J. Gentry III v. Daniel L. Lindsey, Sr.,  et al.  (Appeal from Lee Circuit Court: CV-11-0188; Civil Appeals : 2120636).

**Appeal Dismissed.**

Circuit Judge, Christopher Joseph Hughes, (334) 737-3404
Aplt. Atty., Thomas E Jones, (334) 826-6707
Aple. Atty., Joshua J Jackson, (334) 745-3504
Aple. Atty., Robert T Meadows, III, (334) 501-1540
Aple. Atty., Robert M. Ronnlund, (205) 967-9675
Aple. Atty., William A Scott, Jr, (205) 968-3156

## ON REHEARING

1101397   Wyeth, Inc., et al. v. Danny Weeks and Vicki Weeks (Certified Question from the U.S. Dist. Ct., Mid. Dist. Al., So. Div.: Case No. 1:10-cv-602).

**Application Overruled; Opinion of  January 11, 2013, Withdrawn; Opinion Substituted. Question Answered.**

District Judge, Mark E. Fuller
Aplt. Atty., Marc James Ayers, (205) 521-8598
Aplt. Atty., Lindsey C Boney, IV, (205) 521-8914
Aplt. Atty. - Pro Hac, Henninger S. Bullock, (212) 506-2500
Aplt. Atty., Philip H Butler, (334) 956-7700
Aplt. Atty. - Pro Hac, Andrew J. Calica, (212) 506-2500
Aplt. Atty., Steven Frank Casey, (205) 244-5282
Aplt. Atty. - Pro Hac, Richard Dean, (212) 696-213
Aplt. Atty. - Pro Hac, Stephen B. Devereaux, (404) 572-4600
Aplt. Atty., Frederick G. Helmsing, Jr, (251) 432-5300
Aplt. Atty., James Gorman Houston, Jr, (334) 834-4414
Aplt. Atty. - Pro Hac, Heather M Howard, (404) 572-4600
Aplt. Atty., Chris G Hume, (251) 338-2721
Aplt. Atty., David A Lester, (205) 244-5283

Aplt. Atty., Anna M. Manasco, (205) 521-8868
Aplt. Atty., Kevin C. Newsom, (205) 521-8803
Aplt. Atty. - Pro Hac, Richard A. Oetheimer, (617) 570-1259
Aplt. Atty., George R. Parker, (334) 956-7700
Aplt. Atty., Jonathan I. Price, (212) 459-7480
Aplt. Atty., Edward S. Sledge, III, (251) 432-3500
Aplt. Atty. - Pro Hac, Hugh M. Stanley, (212) 696-3934
Aplt. Atty. - Pro Hac, Chilton Davis Varner, (404) 572-4600
Aplt. Atty., William Christopher Waller, Jr, (334) 387-7680
Aple. Atty., William L. Bross, IV, (205) 326-3336
Aple. Atty., William Lewis Garrison, Jr, (205) 326-3336
Aple. Atty., Christopher Hood, (205) 326-3336
Amicus Aplt. Atty., Lee E. Bains, Jr, (205) 254-1022
Amicus Aplt. Atty. - Pro Hac, Karen E. Beach, (313) 983-4801
Amicus Aplt. Atty., Franklin Peeples Brannen, Jr, (404) 572-4693
Amicus Aplt. Atty., Robert C. Brock, (202) 662-6000
Amicus Aplt. Atty., Scott Samuel Brown, (205) 254-1232
Amicus Aplt. Atty., Richard B. Garrett, (205) 870-9900
Amicus Aplt. Atty., Sarah Simpler Glover, (205) 254-1877
Amicus Aplt. Atty., Ed R. Haden, (205) 226-8795
Amicus Aplt. Atty. - Pro Hac, Michael X. Imbroscio, (202) 662-6000
Amicus Aplt. Atty., F Chadwick Morriss, (334) 819-7318
Amicus Aplt. Atty., Drayton Nabers, Jr, (205) 254-1118
Amicus Aplt. Atty. - Pro Hac, Mary Massaron Ross, (313) 983-4801
Amicus Aplt. Atty. - Pro Hac, Paul W. Schmidt, (202) 662-6000
Amicus Aplt. Atty., David Cameron Smith, (205) 914-1092
Amicus Aplt. Atty. - Pro Hac, Henry M. Sneath, (312) 795-1101
Amicus Aplt. Atty., Sharon Donaldson Stuart, (205) 795-6588
Amicus Aplt. Atty. - Pro Hac, Kate Comerford Todd, (202) 463-5337
Amicus Aplt. Atty., William H. Webster, (334) 264-9472
Amicus Aple. Atty. - Pro Hac, Lois M. Bograd, (202) 944-2803
Amicus Aple. Atty., Nancy Linn Eady, (256) 329-2000
Amicus Aple. Atty., J. Burton LeBlanc, IV, (202) 965-3500
Amicus Aple. Atty. - Pro Hac, Ralph D. Pittle, (425) 478-4861
Amicus Aple. Atty., David G. Wirtes, Jr, (251) 471-6191